Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR05-5885FDB |
| Plaintiff, ) | |
| ) | ORDER GRANTING MOTION |
| vs. ) | TO DISMISS INDICTMENT |
| ANTHONY ADAMS, ) | |
| Defendant. ) | |

Upon the unopposed motion of the United States, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the Indictment against Anthony Adams in the above-captioned action without prejudice.

//
//
//

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
U.S. v. ADAMS/CR05-5885FDB - 1

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

1     IT IS HEREBY ORDERED that the Indictment is dismissed without prejudice.

2     DATED this 5th day of October, 2006.

HON. FRANKLIN D. BURGESS
United States District Judge

10 Presented by:

12 s/ Michael Dion
MICHAEL DION
13 Assistant United States Attorney

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
U.S. v. ADAMS/CR05-5885FDB - 2

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800